# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| John Fralish, *on behalf of himself and others similarly situated*, | Civil Action No.: 21-cv-874 |
| Plaintiff, | Jury Trial Demanded |
| v. | |
| WorldVentures Marketing, LLC d/b/a DreamTrips and Rovia, LLC | |
| Defendants. | |

## PLAINTIFF'S NOTICE OF DISMISSAL

The plaintiff files Notice of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

/s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff*

Dated: January 21, 2022

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed through the Court's CM/ECF system on January 21, 2022.

/s/ *Anthony I. Paronich*
Anthony I. Paronich